UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN DIANNE WILKES ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:25-CV-157-FL |
| HILTON INNS d/b/a Hampton Inns, STATE FARM) | |
| INSURANCE CORP, and VINCENT BOONE ) | |
| AGENCY ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2025 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to court's order and failure to prosecute.

**This Judgment Filed and Entered on May 27, 2025, and Copies To:**
Gwendolyn Dianne Wilkes (via US mail) 5333 Roan Mountain Pl, Raleigh, NC 27613

May 27, 2025            PETER A. MOORE, JR. CLERK

                         /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk